JESSICA C. ABRAHAMS
(*pro hac vice* application forthcoming)
Jessica.Abrahams@dbr.com
DRINKER BIDDLE & REATH LLP
1500 K Street, NW, Suite 1100
Washington, District of Columbia  20005-1209
Telephone:     202-842-8800
Facsimile:      202-842-8465

CLAUDIA V. GARCIA (SBN 306668)
Claudia.Garcia@dbr.com
DRINKER BIDDLE & REATH LLP
Four Embarcadero Center, 27th Floor
San Francisco, CA 94111-4180
Telephone:     415-591-7500
Facsimile:      415-591-7510

Attorneys for Plaintiff
PRIDE INDUSTRIES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRIDE INDUSTRIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> COMMITTEE FOR PURCHASE FROM PEOPLE WHO ARE BLIND OR SEVERELY DISABLED, an agency of the United States of America; THOMAS D. ROBINSON, in his official capacity as Chairperson of the U.S. AbilityOne Commission; TINA BALLARD, in her official capacity as Executive Director of the U.S. AbilityOne Commission; UNITED STATES OF AMERICA, <br><br> Defendant. | Case No. <br><br> **CORPORATE DISCLOSURE STATEMENT OF PRIDE INDUSTRIES, INC. PURSUANT TO FED. R. CIV. P. 7.1** |

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CORPORATE DISCLOSURE STATEMENT
OF PRIDE INDUSTRIES, INC.

CASE NO.

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Pride Industries, Inc. hereby states that it has no parent corporation and no publicly held corporation holds 10% or more of its stock.

Dated: August 21, 2019                    DRINKER BIDDLE & REATH LLP


By: /s/ *Claudia V. Garcia*
    Jessica Abrahams
    Claudia Garcia

Attorneys for Plaintiff
PRIDE INDUSTRIES, INC.

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CORPORATE DISCLOSURE STATEMENT
OF PRIDE INDUSTRIES, INC.                - 2 -                    CASE NO.